UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| ZACKARY RILEY, in his capacity, ) | | |
| and as representative of the estate of: ) | | |
| ROSEMARY E. SCOTT, ) | | |
| f/k/a ROSEMARY E. RILEY, ) | | |
| ) | | |
|       Plaintiff, ) | | |
| ) | | |
| vs. ) | Case No. 2:15-cv-04294 | |
| ) | | |
| HANNIBAL REGIONAL HOSPITAL, ) | | |
| HANNIBAL REGIONAL HEALTHCARE ) | | |
| SYSTEM, HANNIBAL CLINIC, ) | | |
| BLESSING HOSPITAL, LANDMARK ) | | |
| HOSPITAL, LANDMARK MANAGEMENT ) | | |
| SERVICES OF FLORIDA, LLC, UNIVERSITY ) | | |
| OF MISSOURI HOSPITAL, CURATORS OF ) | | |
| THE UNIVERSITY OF MISSOURI, ) | | |
| BARNES-JEWISH HOSPITAL, ) | | |
| BJC HEALTHCARE and ) | | |
| JOHN DOES 1 THROUGH 120, ) | | |
| ) | | |
|       Defendants. ) | | |

## JOINT MOTION FOR EXTENSION OF RULE 26(a) DISCLOSURES

The undersigned, for their joint motion, state to the Court as follows:

1. The current deadline for Rule 26(a) disclosures and 26(f) conference is August 19, 2016.

2. Not all parties named in the Amended Complaint are before the Court.

3. The parties respectfully request until September 20, 2016 to make Rule 26(a) disclosures and have the Rule 26(f) conference.

1

| | |
|---|---|
| **JOHNSTON & SMITH, LLC** | **NEWMAN, COMLEY & RUTH P.C.** |
| /s/ George S. Smith | /s/ Edward C. Clausen |
| George S. Smith  #53019 | Edward C. Clausen   #34621 |
| 2800 Forum Blvd., Suite 3 | Joshua L. Hill   #62951 |
| Columbia, MO  65203 | 601 Monroe Street, Suite 301 |
| (573) 499-1616 | P.O. Box 537 |
| FAX: (573) 449-3004 | Jefferson City, MO  65102 |
| gssmith@socket.net | (573) 634-2266 |
| **ATTORNEYS FOR PLAINTIFF** | FAX:  (573) 636-3306 |
| | ed.c@ncrpc.com |
| | hillj@ncrpc.com |
| | **ATTORNEYS FOR DEFENDANTS HANNIBAL REGIONAL HOSPITAL AND HANNIBAL REGIONAL HEALTHCARE SYSTEM** |
| **WAGSTAFF & CARTMELL LLP** | **SMITH LEWIS, LLP** |
| /s/ Thomas A. Rottinghaus | /s/ Colley J. Durley |
| Thomas A. Rottinghaus   #50106 | Colly J. Durley  #33237 |
| Diana L. Beckman   #57967 | Amanda Allen Miller   #57873 |
| 4740 Grand Ave., Suite 300 | 111 South Ninth St., Suite 200 |
| Kansas City, MO  64112 | P.O. Box 918 |
| (816) 701-1100 | Columbia, MO  65205 |
| FAX:  (816) 621-3395 | (573) 443-3141 |
| trottinghaus@wcllp.com | FAX:  (573) 442-6686 |
| dbeckman@wcllp.com | durley@smithlewis.com |
| **ATTORNEYS FOR DEFENDANTS BARNES-JEWISH HOSPITAL AND BJC HEALTHCARE** | miller@smithlewis.com |
| | **ATTORNEYS FOR DEFENDANT THE CURATORS OF THE UNIVERSITY OF MISSOURI** |