# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### CENTRAL DIVISION

| | |
|---|---|
| ZACKARY RILEY, in his capacity, and as representative of the estate of: ROSERMARY E. SCOTT, f/k/a ROSEMARY E. RILEY, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:15-cv-04294 ) |
| HANNIBAL REGIONAL HOSPITAL, et al., | ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2016, Defendant Hannibal Clinic's Motion to Dismiss Plaintiff's First Amended Complaint and Suggestions in Support was filed utilizing this Court's ECF system, and was then served via this Court's electronic method for distribution to all counsel and parties of record.

          /s/ Daniel S. Lohse
Daniel S. Lohse, # 62124
Brinker & Doyen, L.L.P.
34 N. Meramec Avenue, 5th Floor
Clayton, Missouri 63105
314-863-6311
Fax: 314-863-8197
jthoele@brinkerdoyen.com
dlohse@brinkerdoyen.com
*Attorneys for Defendant Hannibal Clinic*

1