## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | | |
|---|---|---|
| ZACHARY M. RILEY, | ) | |
| in his individual capacity, | ) | |
| and as representative of the estate of | ) | |
| Rosemary S. Scott, f/k/a Rosemary E. Riley | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  2:15-cv-04294-MDH |
| | ) | |
| HANNIBAL REGIONAL HOSPITAL, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court are Plaintiff's Motions to Voluntarily Dismiss Defendants Blessing Hospital and John Does 41 through 60 (Doc. 88) and Motion for Extension of Time to Amend the Pleadings, or in the Alternative, for Leave to File Second Amended Complaint.  (Doc. 89). On January 17, 2017, the Court conducted a telephone conference to discuss the status of several pending motions in this case, including Plaintiff's motions to dismiss and amend the complaint. There were no objections to Plaintiff's motion to dismiss Defendants Blessing Hospital and John Does 41 through 60.  Therefore, the Court **GRANTS** Plaintiff's Motion to Dismiss (Doc. 88) and hereby **DISMISSES** Defendants Blessing Hospital and John Does 41 through 60, without prejudice, each party to bear their own costs and attorneys' fees.

In addition, the Court **GRANTS** Plaintiff's motion to amend his complaint in order to remove Blessing Hospital and John Does 41 through 60 as Defendants, and also in order to correct the identities of remaining Defendants, including the identity of individual Defendants

originally named as John Does.  Plaintiff has **15 days from the date of this Order to file his Amended Complaint.**

Further, Defendants Hannibal Clinic and Blessing Hospital have pending motions for leave to supplement their Motions to Dismiss.  (Docs. 87 and 90).  In light of Plaintiff's dismissal of Blessing Hospital, Blessing Hospital's motion for leave to supplement its motion to dismiss is rendered **MOOT.**  (Doc. 87).  The Court **GRANTS** Defendant Hannibal Clinic's Motion for Leave to File Supplemental Suggestions in Support of its Motion to Dismiss.  (Doc. 90).  Finally, as the Court informed the parties during the telephone conference, all pending Motions to Dismiss Plaintiff's claims will remain filed and pending as to Plaintiff's Amended Complaint and do not need to be refiled.  Plaintiff's Amended Complaint will dismiss Blessing and clarify the unnamed Defendants originally identified as John Does.


**IT SO ORDERED.**

DATED:  January 17, 2017

_/s/ Douglas Harpool_____
Douglas Harpool
U.S. District Judge