**UNITED STATES DISTRICT CIRCUIT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **ZACKARY RILEY**, | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:15-cv-04294-MDH** |
| | ) | |
| **HANNIBAL REGIONAL HOSPITAL**, et al. | ) | |
| **Defendants**. | ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS DR. WALTER NICHOLS AND DR. GREGORIO SICARD**

Plaintiff Zackary Riley hereby dismisses without prejudice, under F.R.C.P. 41(a)(1)(A)(i), all causes of action asserted against Defendants Dr. Walter Nichols and Dr. Gregorio Sicard. Plaintiff further states:

1.     Defendants Nichols and Sicard were included as John Does in Plaintiff's Complaint and First Amended Complaint, and identified as defendants by name in Plaintiff's Second Amended Complaint.

2.     Neither Defendant Nichols nor Defendant Sicard has filed an answer or a motion for summary judgment in this action.

Plaintiff hereby dismisses without prejudice, under F.R.C.P. 41(a)(1)(A)(i), all causes of action asserted against Defendants Dr. Walter Nichols and Dr. Gregorio Sicard, and respectfully requests that the Court grant such other relief as the Court deems just and appropriate under the circumstances.

Respectfully Submitted,

/s/Andrew G. Heitmann          .

Andrew G. Heitmann, #60679
3948 Saratoga Ct.

Fulton, Missouri 65203
Telephone:       573-819-9814
*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of February, 2017, a true and accurate copy of the foregoing was filed with the Court using the Court's CM/ECF system and was served upon each attorney of record via ECF notification.

/s/Andrew G. Heitmann