# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| ZACKARY M. RILEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2:15-cv-04294-MDH |
| HANNIBAL REGIONAL HOSPITAL, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court are Plaintiff's Motion to Voluntarily Dismiss Defendants Hannibal Regional Hospital, Hannibal Regional Healthcare System, Hannibal Clinic, Landmark Hospitals, University of Missouri Hospital, BJC Healthcare, and Certain John Does (Doc. 99); Plaintiff's Motion to Voluntarily Dismiss Defendants Curators of the University of Missouri, Landmark Hospital of Columbia, LLC and Barnes-Jewish Hospital (Doc. 104); and Plaintiff's Notice of Dismissal Without Prejudice of Defendants Dr. Walter Nichols and Dr. Gergorio Sicard[1] (Doc. 105).

Defendants the Curators of the University of Missouri, Landmark Hospital of Columbia, LLC, BLJ Healthcare and Barnes-Jewish Hospital have filed responses to the Motions to Dismiss stating they have no objection to the voluntary dismissal. The remaining defendants, including Hannibal Regional Hospital, Hannibal Regional Healthcare System and Hannibal Clinic, were ordered to file their objection, if any, to Plaintiff's motion to voluntarily dismiss (Doc. 99) prior to February 7, 2017. The Court advised the Defendants it would rule on the pending motion

---

[1] Neither Defendant Nichols or Sicard has filed an answer or motion for summary judgment and Plaintiff dismisses his claims against these Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

after the hearing on February 7, 2017. However, based on the Plaintiff's most recent filings the hearing was canceled and no objections have been filed.

WHEREFORE, based on the record before the Court, the Court hereby **GRANTS** Plaintiff's Motions to Dismiss and hereby dismisses this case, in its entirety, without prejudice, each party to bear their own costs and expenses. All other pending motions are hereby rendered moot by this dismissal.

**IT IS SO ORDERED.**

DATED: February 7, 2017

    */s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**